

Guy R. Cook
Board Certified Trial Lawyer
gcook@grefesidney.com

October 12, 2023

Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South Tenth Street
St. Louis, MO 63102

     **RE:**    **United States of America vs. Roger Paul Bradford**
             **U.S. Court of Appeals for the 8th Circuit Case Nos.:**
             **23-2240 & 23-2517**

To the Clerk of Court:

     I write to advise the Court of changes to our August 11, 2023, letter as to dates our calendar conflicts with the Court's Argument Calendar for oral argument in the above-referenced case.

     **AMENDED**: We are now available for Argument Week in the month of December 2023.

     We continue to have conflicts for Argument Weeks in the months of November 2023, January 2024, February 2024, March 2024, and April 2024.

     We do not have conflicts for Argument Weeks in the months of May 2024, and June 2024.

     Please let me know if you have any questions or comments

             Very truly yours,

             Guy R. Cook

GREFE & SIDNEY, PLC | 500 East Court Avenue Suite 200 | P.O. Box 10434 | Des Moines, Iowa 50306 | Offices also in Pella
Telephone 515.245.4300 | Facsimile 515.245.4452 | www.grefesidney.com

Appellate Case: 23-2240     Page: 1     Date Filed: 10/12/2023 Entry ID: 5325531