# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2240

United States of America

Appellee

v.

Roger Paul Bradford, also known as Paul Bradford

Appellant

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:22-cr-00067-RGE-1)

---

**ORDER**

Appellant's Emergency Motion for Bond Pending Appeal is denied. The Emergency Motion for Expedited Review of the Emergency Motion for Bond is denied as moot.

June 02, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans