# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 23-2240

United States of America

Appellee

v.

Roger Paul Bradford, also known as Paul Bradford

Appellant

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:22-cr-00067-RGE-1)

---

**ORDER**

Appellant's motion for reconsideration is hereby denied.

June 08, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans